UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T. K.,<br><br>          Plaintiff,<br><br>     v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>          Defendant. | Case No. 17-CV-04595-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 76 |

The parties' stipulation, *see* ECF No. 76, is GRANTED.

**IT IS SO ORDERED.**

Dated: October 9, 2018

_____
LUCY H. KOH
United States District Judge